IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| THOMAS R HARBIN, | * |
| Plaintiff, | * |
| v. | Case No.   5:23-CV-158 (MTT) |
| | * |
| COMMISSIONER OF SOCIAL SECURITY, | |
| | * |
| Defendant. | |
| | * |

## J U D G M E N T

Pursuant to this Court's Order dated August 20, 2024, having accepted the recommendation of the United States Magistrate Judge in its entirety, the Commissioner's decision is AFFIRMED.

JUDGMENT is hereby entered in favor of Defendant.

This 20th day of August, 2024.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk